### Commonwealth *v.* McInturff, Appellant.

Before BRADLEY, J.

Submitted March 17, 1969. *Norman C. Henss,* for appellant; *Joseph J. Musto* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.